UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WALTER ALLEN DUBOSE** | **CIVIL DOCKET NO. 3:24-CV-0120** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **PAUL CAMPBELL, ET AL.** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

For the reasons contained in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 38], noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff, Walter Allen DuBose's access-to-court claim is DISMISSED WITHOUT PREJUDICE as unripe.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that—excepting Plaintiff's claims (1) that Warden Campbell and Nurse Donna Norman are deliberately denying and/or delaying treatment for his detached focus lens; (2) that Nurse Norman would not allow him to see a visiting doctor following his elbow/arm injury on February 25, 2023; and (3) that Nurse Norman denied him surgery following a physician's surgery recommendation on March 21, 2024—Plaintiff's remaining claims, including his requests for a transfer, habeas corpus relief, and relief from sex offender registration requirements, are DISMISSED WITH PREJUDICE as legally frivolous, for failure to state claims on which relief may be

granted, and for seeking relief from defendants immune from such relief.

THUS DONE AND SIGNED in Chambers on this 15th day of July, 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE