**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**WALTER ALLEN DUBOSE**                    **CIVIL ACTION NO. 3:24-00120 SEC P.**

**VERSUS**                                                      **JUDGE DAVID C. JOSEPH**

**PAUL CAMPBELL, ET AL**                    **MAGISTRATE JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation [Doc. 102] is correct,

IT IS HEREBY ORDERED that the MOTION FOR SUMMARY JUDGMENT [Doc. 68] filed by remaining Defendants, Warden Paul Campbell and Nurse Donna Norman, is GRANTED IN PART and that Plaintiff Walter Allen DuBose's claim for a delayed arm/elbow surgery in 2024 against Defendant, Nurse Donna Norman, is hereby DISMISSED WITH PREJUDICE.  Fed. R. Civ. P. 56.

Finding genuine disputes of material fact preclude summary judgment as to the remaining claims,

IT IS FURTHER ORDERED that the MOTION FOR SUMMARY JUDGMENT [Doc. 68] otherwise is DENIED.

THUS, DONE AND SIGNED in Chambers on this 19th day of March 2026.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE