Walter DuBose #116005
RLCC / Cajun-1 / A2
1630 Prison Road
Cottonport, LA. 71327



SHREVEPORT LA  710

9 APR 2026   AM 3   L



**RECEIVED**
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

APR 1 3 2026

DANIEL J. McCOY, CLERK

BY:_____

Clerk of Court
U.S. District Court
Western District of Louisiana
300 Fannin St., Ste. #1167
Shreveport, LA. 71101

CONFIDENTIAL

LEGAL MAIL

71101-308399

UNCENSORED #3
RAYMOND LABORDE
CORRECTIONAL CENTER
1630 PRISON ROAD
COTTONPORT, LA 71327